1   LYNN HUBBARD, III, SBN 69773
    SCOTTLYNN J HUBBARD, IV, SBN 212970
2   **LAW OFFICES OF LYNN HUBBARD**
    12 WILLIAMSBURG LANE
3   CHICO, CA. 95926
    Telephone: (530) 895-3252
4   Facsimile: (530) 894-8244

5   Attorney for Plaintiff
    TONY HARRIS
6
    KATHLEEN E. FINNERTY, SBN 157638
7   MARC B. KOENIGSBERG, SBN 204265
    LIVINGSTON & MATTESICH LAW CORPORATION
8   1201 K Street, Suite 1100
    Sacramento, CA 95814
9   Telephone: (916) 442-1111
    Facsimile: (916) 448-1709
10
    Attorneys for Defendant
11  CIRCUIT CITY STORES WEST COAST, INC.
    sued erroneously herein as CIRCUIT CITY
12  STORES WEST COAST, INC. dba CIRCUIT CITY #3322

13

14                   THE UNITED STATES DISTRICT COURT

15              FOR THE EASTERN DISTRICT OF CALIFORNIA

16

17

18  TONY HARRIS,                      )   CIV.S 05-1419 MCE DAD
                                      )
19        Plaintiff,                  )
                                      )
20        v.                          )
                                      )   **Stipulation to Continue the Status**
21  CIRCUIT CITY STORES WEST          )   **Conference and Order Thereon**
                                      )
22  COAST, INC. dba CIRCUIT CITY      )
                                      )
23  #3322; SACRAMENTO VALLEY          )
                                      )
24  LTD PARTNERSHIP dba CIRCUIT       )
    CITY #3322; PAN PACIFIC           )
25  DEVELOPMENT, LLC,                 )
                                      )
26        Defendant.                  )

27

28

Page 1

1    It is hereby stipulated by and between plaintiff, Tony Harris ("plaintiff"),

2  and defendant, Circuit City Stores West Coast, Inc. ("defendant") and their

3  respective counsel, that the filing of the joint status report be continued for

4  thirty (30) days. The parties make this request due to the following reasons:

5    1.    Defendant, Sacramento Valley LTD Partnership dba Circuit City

6  #3322, was served on July 20, 2005 and has not yet appeared in this action.

7  Plaintiff's counsel sent a letter to defendant allowing them ten (10) additional

8  days to respond to the Complaint and if no response is received, steps

9  towards their default would be taken.

10   2.    Defendant Pan Pacific Development has not yet been served.

11  Plaintiff's counsel expects this service to be completed in ten (10) days.

12   3.    The parties feel it would be counter productive to file a joint

13  status report without all the necessary parties.

14

15  Dated: September ___, 2005     LAW OFFICES OF LYNN HUBBARD

16

17                                        _____

18                                        LYNN HUBBARD, III
                                          Attorney for Plaintiff
19                                        TONY HARRIS

20  Dated: September _, 2005      LIVINGSTON & MATTESICH LAW CORP

21

22

23                                        _____

24                                        MARC B. KOENIGSBERG
                                          Attorney for Defendant
25                                        CIRCUIT CITY STORES WEST COAST,
                                          INC. sued erroneously herein as CIRCUIT
26                                        CITY STORES WEST COAST, INC. dba
                                          CIRCUIT CITY #3322

27                                            **ORDER**

28

Page 2

1   **GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED**

2   that the parties shall file the joint status report on or before  October 19,

3   2005.

4

5   Dated: September 20, 2005

6

7                                             MORRISON C. ENGLAND, JR
                                              UNITED STATES DISTRICT JUDGE
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28