1 LYNN HUBBARD, III SBN 69773
SCOTTLYNN J HUBBARD, IV, SBN 212970
2 **LAW OFFICES OF LYNN HUBBARD**
3 12 WILLIAMSBURG LANE
CHICO, CA 95926
4 Telephone: (530) 895-3252
Facsimile: (530) 894-8244
5

6 Attorneys for Plaintiff

7

8 THE UNITED STATES DISTRICT COURT

9 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

| | |
|---|---|
| TONY HARRIS, | No. CIV.S-05-1419 MCE DAD |
| Plaintiff, | **REQUEST FOR DISMISSAL** |
| vs. | **AND ORDER THEREON** |
| CIRCUIT CITY STORES WEST COAST INC. dba CIRCUIT CITY #3322; SACRAMENTO VALLEY LTD PARTNERSHIP dba CIRCUIT CITY #3322; PAN PACIFIC DEVELOPMENT, LLC. | |
| Defendants. | |

TO THE COURT AND ALL PARTIES:

Plaintiff, TONY HARRIS, requests the Court dismiss the above entitled action, without prejudice, **as to SACRAMENTO VALLEY LTD PARTNERSHIP dba CIRCUIT CITY #3322 only.**

Nothing in this Request for Dismissal shall be construed to affect plaintiff's complaint and claims in the above-referenced case against defendants other than defendant SACRAMENTO VALLEY LTD PARTNERSHIP dba CIRCUIT CITY #3322.

Dated: September 20, 2005    LAW OFFICES OF LYNN HUBBARD

    /s/ Lynn Hubbard, Esquire    /
LYNN HUBBARD, III
Attorney for Plaintiff

Dated: September 20, 2005    LIVINGSTON & MATTESICH

    /s/ Signature on File    /
MARC KOENIGSBERG, ESQ.
Attorney for CIRCUIT CITY STORES WEST INC, dba CIRCUIT CITY #3322

IT IS SO ORDERED

Dated: September 28, 2005

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE