LYNN HUBBARD, III, SBN 69773
SCOTTLYNN J HUBBARD, IV, SBN 212970
**LAW OFFICES OF LYNN HUBBARD**
12 WILLIAMSBURG LANE
CHICO, CA. 95926
Telephone:   (530) 895-3252
Facsimile:   (530) 894-8244

Attorney for Plaintiff

THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY HARRIS,<br><br>        Plaintiff,<br><br>    v.<br><br>CIRCUIT CITY STORES WEST COAST INC. DBA CIRCUIT CITY #3322; PAN PACIFIC DEVELOPMENT, LLC.,<br><br>        Defendants. | No: CIV.S-05-1419 MCE DAD<br><br>**STIPULATION TO AMEND COMPLAINT AND ORDER THEREON** |

The parties, subject to approval of the Court, stipulate as follows:

Attorney Rebecca Hamilton has advised plaintiff that the property owner is not named correctly on Plaintiff's Complaint, the property owner's name should read as "PAN PACIFIC RETAIL PROPERTIES, INC." rather than Pan Pacific Development, LLC as it currently appears on the Complaint.

1.    The parties agree that plaintiff shall and may amend the complaint to name PAN PACIFIC RETAIL PROPERTIES, INC. as a defendant and parties

///

agree to dismiss defendant Pan Pacific Development, LLC, only, from the above mentioned action.

    2.   Defendants CIRCUIT CITY STORES WEST COAST INC. DBA CIRCUIT CITY #3322 shall not be required to file an answer to the amended complaint, and their initial answer shall be deemed responsive to the amended complaint.

Dated: October 13, 2005          LAW OFFICES OF LYNN HUBBARD

                                        /s/ Lynn Hubbard, Esquire
                                       LYNN HUBBARD, III
                                       Attorney for Plaintiff

Dated: October 14, 2005          GREENBERG TRAURIG, LLP

                                        /s/ Signature on File
                                       MARC KOENIGSBERG, ESQ
                                       Attorney for Defendant CIRCUIT CITY
                                       STORES WEST COAST INC. DBA
                                       CIRCUIT CITY #3322

IT IS SO ORDERED:

Dated: October 17, 2005

                                       MORRISON C. ENGLAND, JR
                                       UNITED STATES DISTRICT JUDGE