```
1
2
3
4
5
6
7
8                       UNITED STATES DISTRICT COURT
9                      EASTERN DISTRICT OF CALIFORNIA
10
11  TONY HARRIS,
12              Plaintiff,
13      v.                                  NO. CIV. S-05-1419 LKK/GGH
14  CIRCUIT CITY STORES WEST
    COAST, INC., dba CIRCUIT
15  CITY #3322, et al.,
16              Defendants.
                                       /
17  TONY HARRIS,
18              Plaintiff,
19      v.                                  NO. CIV. S-05-1459 LKK/GGH
20  BED, BATH & BEYOND OF CALIFORNIA,
    LLC, dba BED, BATH & BEYOND #587,
21  et al.,
22              Defendants.
                                       /
23
24             STATUS (PRETRIAL SCHEDULING) ORDER
25  ////
26  ////
```

1

1  Pursuant to court order, a Status (pretrial scheduling)
2 Conference was held in Chambers on December 19, 2005. SCOTT
3 HUBBARD appeared as counsel for plaintiff in both cases; MARC
4 KOENISBERG appeared as counsel for defendant Circuit City; REBECCA
5 WEINSTEIN-HAMILTON appeared as counsel for defendant Bed, Bath &
6 Beyond and Pan Pacific. After hearing, the court makes the
7 following findings and orders:

8  **FURTHER STATUS CONFERENCE**

9  A further Status Conference is now SET for January 23, 2006
10 at 1:30 p.m. The parties are reminded of their obligation to file
11 and serve status reports not later than ten (10) days preceding the
12 conference.

13  IT IS SO ORDERED.

14  DATED: December 20, 2005.

/s/Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2